**DISMISS and Opinion Filed November 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00756-CV**

_____

**MATTHEW TANNER, Appellant**
**V.**
**CROSSROADS ROW GROUP AND JOSE ESTEFES, Appellees**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-01527-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

The filing fee and docketing statement in this case are overdue. By postcards dated August 3, 2022 and September 29, 2022, we notified appellant the $205 filing fee was due.[1] We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated August 3, 2022, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal

---

[1] The appeal information sheet indicates appellant is not entitled to proceed without payment of costs.

without further notice.  To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220756F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MATTHEW TANNER, Appellant

No. 05-22-00756-CV     V.

CROSSROADS ROW GROUP
AND JOSE ESTEFES, Appellees

On Appeal from the 401st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 401-01527-
2022.

Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

     In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered November 1, 2022